# JacksonLewis

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/24/2026

**Jackson Lewis P.C.**
666 Third Avenue
New York, NY 10017
(212) 545-4000 Main
(212) 972-3213 Fax
jacksonlewis.com

MY DIRECT DIAL IS: (212) 545-4071
MY EMAIL ADDRESS IS: PETER. MOSKOWITZ@JACKSONLEWIS.COM

June 24, 2026

**VIA ECF**
Hon. Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18C
New York, NY 10007

> **Granted. SO ORDERED.**
>
> The conference is ADJOURNED to July 27, 2026, at 11:00 a.m.
> The Parties shall submit their joint letter and Proposed Case
> Management Plan one week in advance.
>
> Date: 6/24/2026
> New York, New York
>
> Mary Kay Vyskocil
> United States District Judge

> Re:    **Holland v. CreditSights, Inc. et al**
>        **Case No.: 1:26-cv-00273-MKV**

Dear Judge Vyskocil,

We represent Defendants CreditSights, Inc. and Fitch Group, Inc. (collectively, the "Defendants") in the above-referenced matter. In accordance with Your Honor's Individual Rules of Practice in Civil Cases, we write to respectfully request that: (i) the Initial Pretrial Conference scheduled for July 1, 2026, at 11:00 AM, be adjourned to July 27, 2026, July 29, 2026, August 4, 2026, or to another date that is most suitable for the Court; and (ii) the deadline for the parties to submit a Proposed Case Management Plan and Scheduling Order and joint letter be extended and set at one week prior to the rescheduled Initial Pretrial Conference. Counsel for Plaintiff consents to this proposed adjournment and extension of time.

The instant request is attributed to the fact that counsel for the parties have scheduled a call to discuss this matter for June 26, 2026. Further, an adjournment of the Initial Pretrial Conference will avoid the days leading up to the Independence Day holiday weekend. This is Defendants' first request for an adjournment relating to the Initial Pretrial Conference. An adjournment of the Initial Pretrial Conference will not obstruct any other dates scheduled in this matter, such as the parties' Court-required mediation session currently scheduled for July 30, 2026.

*** 

We appreciate the Court's consideration of this request.

Respectfully submitted,

JACKSON LEWIS P.C.

*/s/ Peter C. Moskowitz*
Peter C. Moskowitz
Drew M. Fryhoff

cc:    All counsel of record (via ECF)